UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN HYAMS,

    Plaintiff,

    v.

CVS HEALTH CORPORATION, et al.,

    Defendants.

Case No. 18-cv-06271-PJH

**ORDER STRIKING LETTER BRIEF**

Re: Dkt. No. 24

On July 26, 2019, plaintiff filed a letter brief with this court regarding discovery issues. Defendants filed a separate response to plaintiff's letter brief on July 28, 2019. Having read the papers filed by the parties and carefully considered their arguments and the relevant legal authority, and good cause appearing, the court hereby rules as follows.

On January 11, 2019, this court issued an order entitled CASE MANAGEMENT AND PRETRIAL ORDER. Dkt. 13. That order required that, with respect to discovery disputes, "[t]he parties, after meeting and conferring, shall file a joint letter brief of no more than 5 pages with no more than 12 pages of attachments, explaining the dispute." Id. at 2. Because plaintiff has filed his own, individual letter brief—not a joint letter brief with defendants, as required by this court's order—the court hereby STRIKES plaintiff's letter brief filed at docket number 24.

As the court expects that the parties will continue to meet and confer regarding their discovery disagreements, the parties are reminded that this court will firmly enforce the scheduling requirement that all dispositive motions must be heard no later than 120

///

days before trial, unless the parties explain good cause supporting another deadline. See id.

**IT IS SO ORDERED.**

Dated: July 29, 2019

_____
PHYLLIS J. HAMILTON
United States District Judge