UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RYAN HYAMS,

    Plaintiff,

    v.

CVS HEALTH CORPORATION, et al.,

    Defendants.

Case No. 18-cv-06271-PJH

**SCHEDULING ORDER**

Re: Dkt. No. 118

Before the court is plaintiff's motion to modify the case management and pretrial order. Dkt. 118. Defendants have not opposed the motion, and the time to do so has passed. Accordingly, the matter is suitable for decision without oral argument. Having read plaintiff's papers and carefully considered the arguments and the relevant legal authority, and good cause appearing, the court hereby rules as follows.

Plaintiff seeks an order extending three dates set by this court in the initial case management and pretrial order. That order set the expert discovery cutoff at December 13, 2019; the pretrial conference date at January 16, 2020; and the trial commencement date at February 10, 2020. Dkt. 13. Given the present state of the litigation, the parties' numerous outstanding discovery disputes, plaintiff's request to alter these dates, and defendants' non-opposition to plaintiff's request, the court finds that there is good cause to extend those three dates.

Accordingly, the court ORDERS the following revisions to the pretrial scheduling order:

///

|  | **Current Date** | **New Date** |
|---|---|---|
| **Expert Discovery Cutoff** | December 13, 2019 | February 11, 2020 |
| **Pretrial Conference Date** | January 16, 2020, at 2 PM | March 19, 2020 at 10 AM |
| **Trial Date** | February 10, 2020 | April 20, 2020 |

**IT IS SO ORDERED.**

Dated: December 5, 2019

                                   /s/ Phyllis J. Hamilton
                                   PHYLLIS J. HAMILTON
                                   United States District Judge