UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN HYAMS,<br><br>    Plaintiff,<br><br>    v.<br><br>CVS HEALTH CORPORATION, et al.,<br><br>    Defendants. | Case No. 18-cv-06271-PJH<br><br>**ORDER VACATING ORDER OF DISMISSAL, REOPENING CASE, AND SETTING CMC**<br><br>Re: Dkt. No. 149 |

On February 12, 2020, the court issued an order of dismissal that dismissed the above captioned case without prejudice. Dkt. 149. The court provided that either party could certify to the court, within 60 days, that consideration has not been delivered, which would result in vacating the order of dismissal and reopening the case. Id. On April 8, 2020, plaintiff Ryan Hyams timely filed a certification that the parties have yet to reach a final settlement agreement. Dkt. 150. The parties also have participated in telephonic settlement conferences with Judge Tse and did not settle. Dkt. 154, 156, 158.

For the foregoing reasons, the court's February 12, 2020 order of dismissal is hereby VACATED and the Clerk of Court is ORDERED to restore this case to the court's docket. The parties are hereby ORDERED to participate in the court's June 18, 2020 CMC calendar at 2:00 p.m.

**IT IS SO ORDERED.**

Dated: April 29, 2020

                                                              /s/ Phyllis J. Hamilton<br>
                                                              PHYLLIS J. HAMILTON<br>
                                                              United States District Judge